# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_____
Signature and Date

Nicholas Joseph Hamilton
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

*Caralynmccy* 4/11/17
Signature and Date

Caralyn McCoy
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/ or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

*Aaron Craig* 4/12/17
Signature and Date

Aaron Craig
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_____ 04/12/17
Signature and Date

Anna L. Sybura
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_____ 04/13/17
Signature and Date

**BRADLEY J CHRZANOWSKI**
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_[signature]_ 4/13/17
Signature and Date

Brian Gibbon
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/ or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_Fiona Dolan        4/2/17_
Signature and Date

_Fiona Dolan_
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_____
Signature and Date

Jessica Owens
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of federal law, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime and/or agreed upon wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Angela Brandt as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was denied minimum, agreed upon, and/or overtime wages.

_____
Signature and Date

Constantina Poulos
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

Case 2:16-cv-01588-PP   Filed 04/17/17   Page 9 of 9   Document 46-1