

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

For Immediate Release

HAWKS QUINDEL, S.C.
Attorney Larry A. Johnson
ljohnson@hq-law.com
Attorney Summer Murshid
smurshid@hq-law.com
Attorney Timothy P. Maynard
ljohnson@hq-law.com
414-271-8650

## Water Street Brewery Settles Class Action Lawsuit for $825,000

MILWAUKEE, WI – July 14, 2017 – Water Street Brewery has agreed to settle a class action for $825,000 brought by its servers to resolve allegations of violations of wage and hour laws. The lawsuit, filed on November 29, 2016, alleged that Water Street Brewery violated both Wisconsin and federal law at each of its four locations.

Ms. Angela Brandt, a former server for Water Street Brewery, filed her complaint and alleged that Water Street Brewery failed to pay minimum wage to servers as a result of various payroll practices related to sharing tips, requiring employees to pay for lost items, break periods, and notices and forms required for tipped employees.  Water Street Brewery denied violating the law. Attorney Jennifer Walther, on behalf of Water Street Brewery, states "While the law can result in technical violations, Water Street Brewery asserts its employees never received pay below the minimum wage."

The settlement, if approved by the Court, will resolve the Wisconsin law wage claims of 1,195 current and former servers who worked for any Water Street Brewery location in the last two years. It also resolves the Fair Labor Standards Act Claims of 78 individuals who filed consent forms and opted-in to the case.

"This is an excellent result for the Wisconsin class, as well as the 78 individuals who are recovering additional money by resolving their FLSA claims," said Attorney Larry Johnson, one of the Attorneys for the Plaintiff.

Attorney Walther, states that "Water Street Brewery is committed to providing well-paying jobs with total compensation exceeding the minimum wage."

ADDITIONAL OFFICE IN MADISON | WWW.HQ-LAW.COM