UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANGELA BRANDT,
on behalf of herself and all
others similarly situated,

        Plaintiff,

v.                            Case No. 16-cv-1588-pp

WSB-GRAFTON, INC., *et al.*,

        Defendants.

**ORDER APPROVING JOINT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT (DKT. NO. 82), AND GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. NOS. 74, 82)**

On October 11, 2017, the court conducted a fairness hearing on the proposed settlement agreement. Dkt. No. 82. At that hearing, the court found that the settlement was fair and reasonable. For this reason, the court **ORDERS** as follows:

    1.     The court **GRANTS** the joint motion for final approval of the Settlement Agreement. Dkt. No. 82. The court **APPROVES** the Settlement Agreement in its entirety, and finds that the Settlement Agreement meets the requirements of federal law, relevant Wisconsin law, and due process.

    2.     The court **FINDS** that the settlement terms negotiated by the parties and described in the Settlement Agreement are a fair and reasonable resolution of a *bona fide* dispute between the defendants, the named plaintiff, the certified Fed. R. Civ. P. 23 Class members, and the 29 U.S.C. §216(b) Collective Class members.

1

3.      The court **ORDERS** that Hawks Quindel, S.C. shall serve as class counsel for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. §261(b) Collective Class.

4.      The court **ORDERS** that Angela Brandt shall serve as representative for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. §216(b) Collective Class.

5.      The court **ORDERS** that the clerk shall enter judgment against the defendants in the amount of $825,000.00.

6.      The court **FINDS** that the plaintiff's request for one-third of the settlement fund plus costs is fair and reasonable, **GRANTS** that request, and **AWARDS** Hawks Quindel, S.C. $275,000.00 in fees and $12,041.99 for costs. Dkt. Nos. 74, 82.

7.      Under the Settlement Agreement, the court **ORDERS** the defendants to make the first settlement payment within thirty days of the date of this order, and to make the second settlement payment no later than June 30, 2018.

8.      The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, and without further cost to either party.

Dated in Milwaukee, Wisconsin this 17th day of October, 2017

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**